CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: Jackson

COUNTY: Hinds

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 3:15cr85 CWR-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER 3:15mj172
R 20/ R 40 FROM DISTRICT OF _____

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 06 2015
BY ARTHUR JOHNSTON _____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _X_ NO

MATTER TO BE SEALED: ___ YES _X_ NO

NAME/ALIAS: Bryan Jones

**U.S. ATTORNEY INFORMATION:**

AUSA Mary Helen Wall    BAR # 100857

INTERPRETER: ___ NO ___ YES LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**    ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
_X_ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: _5_   ___ PETTY   ___ MISDEMEANOR   _5_ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:1951.F | 18 U.S.C. § 1951(a) | Interference with commerce by threats or violence | 1 & 3 |
| Set 2  18:924C.F | 18 U.S.C. § 924(c)(1) | Using, carrying a firearm during and in relation to a crime of violence | 2 |
| Set 3  18:641.F | 18 U.S.C. § 641 | Theft of Government property of funds | 4 & 5 |
| Set 4 | | | |
| Set 5 | | | |

Date: 9/30/15    SIGNATURE OF AUSA: Mary Helen Wall

(Revised 2/26/10)